UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CRYSTAL L. COX,

           Plaintiff,

v.

NATIONAL ASSOCIATION OF REALTORS, et al.,

           Defendants.

CASE NO. C13-5364 BHS

ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS

      This matter comes before the Court on Plaintiff Crystal L. Cox's ("Cox") motion for leave to proceed in forma pauperis (Dkt. 1). The Court has considered the pleadings filed in support of the motion and the remainder of the file and hereby denies the motion for the reasons stated herein.

      The district court may permit indigent litigants to proceed in forma pauperis upon completion of a proper affidavit of indigency. *See* 28 U.S.C. § 1915(a). However, the "privilege of pleading in forma pauperis . . . in civil actions for damages should be allowed only in exceptional circumstances." *Wilborn v. Escalderon*, 789 F.2d 1328 (9th Cir. 1986). Moreover, the court has broad discretion in denying an application to proceed

ORDER - 1

1  in forma pauperis. *Weller v. Dickson*, 314 F.2d 598 (9th Cir. 1963), *cert. denied*, 375
2  U.S. 845 (1963).
3      In Cox's declaration and application to proceed in forma pauperis, she indicates
4  that she is self-employed and receives a monthly income of $2,000.00. Dkt. 3. In the
5  exercise of its discretion, the Court finds that Cox has failed to show that she is entitled to
6  proceed in forma pauperis.
7      It is hereby **ORDERED** that Cox's motion to proceed in forma pauperis (Dkt. 1)
8  is **DENIED**. If Cox desires to proceed with this civil action, she shall pay the $350 filing
9  fee to the Court Clerk not later than June 19, 2013. If Cox fails to timely submit the
10 filing fee, the Clerk is directed to dismiss this case without prejudice.
11     Dated this 6th day of June, 2013.

                                    BENJAMIN H. SETTLE
                                    United States District Judge