UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CRYSTAL L. COX,

    Plaintiff,

v.

NATIONAL ASSOCIATION OF REALTORS,

    Defendant.

CASE NO. C13-5364 BHS

ORDER DISMISSING ACTION

On June 6, 2013, the Court denied Plaintiff's application to proceed *in forma pauperis* and informed Plaintiff that she had until June 19, 2013, to pay the filing fee or this action would be dismissed. (Dkt. 4). As of the date of this order no filing fee has been paid.

Therefore, the Court **ORDERS** that this action is **DISMISSED without prejudice**.

Dated this 20th day of June, 2013.

BENJAMIN H. SETTLE
United States District Judge

ORDER